[No. 4953.]

SCHLESSINGER v. SCHLESSINGER.

**Former Opinion Followed.**

This case, involving the same questions, is decided in accordance with the opinion in Schlessinger v. Schlessinger, ante, p. 44.

*Error to the County Court of the City and County of Denver.*

*Hon. Ben B. Lindsey, Judge.*

Action by Mary E. Schlessinger against Timothy S. Schlessinger. From a judgment for plaintiff, defendant brings error.                    *Affirmed.*

Messrs. ORAHOOD & HURLBUT and Mr. HARVEY RIDDELL, for plaintiff in error.

Mr. CHARLES R. BROCK and Mr. S. S. ABBOTT, for defendant in error.

Mr. JUSTICE CAMPBELL delivered the opinion of the court:

This action, begun in 1904, involves the same questions decided in the case between the same parties, officially reported in 39 Colo. 44. The action is brought to recover payments upon the same contract, which accrued and became due after the former judgments therein were rendered.

The decision there is controlling here, and it necessitates an affirmance of the judgment.

*Affirmed.*

CHIEF JUSTICE STEELE and Mr. JUSTICE GABBERT concur.